# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>CYRUS J CAMPBELL<br>MICHELLE D CAMPBELL<br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY #08-21920 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

__X__B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Intermountain Health Car, Inc.<br>PO Box 27808<br>SLC, UT 84127-0808 | $.47 |
| Qwest<br>1801 California St Rm 900<br>Denver, CO 80202-2658 | $4.36 |
| ARS Inc<br>PO Box 70<br>Scottsbluff, NE 69361 | $.59 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$5.42** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 20th day of April, 2010.

/s/
Steven R. Bailey, Trustee